610

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgments of sentence affirmed.

450 A.2d 203

Commonwealth v. Bell a/k/a Boone, Appellant.

Submitted June 23, 1982. Frank Desimone, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.

450 A.2d 204

Commonwealth v. Boone, Appellant.

Argued May 12, 1982. Stuart Wilder, Assistant Public Defender, for appellant; Peter M. Hileman, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.